Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DEBORAH BENCIVENGA,
    Plaintiff,

vs

GROUP LONG TERM DISABILITY
PLAN FOR EMPLOYEES OF
CYMER, INC.

FILED
2008 AUG 20 PM 2:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1540 JAH LSP

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John P. Stennett, Stennett & Stennett
501 W. Broadway, Suite 1340
San Diego, CA 92101

(Telephone: 619-544-6887)

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**AUG 2 0 2008**

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

By _____, Deputy Clerk     DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)